# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Case No. 4:23-CV-0009 |
| | ) |
| **$115,800.00 IN U.S. CURRENCY** | ) |
| **FUNDS SEIZED FROM SOUTH** | ) |
| **GEORGIA BANK ACCOUNT** | ) |
| **ENDING IN 0378, ET AL.,** | ) |
| Defendants. | ) |

## DECLARATION OF PUBLICATION

COMES NOW, the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and states as follows:

A Notice of Forfeiture Action was posted on an official government website (www.forfeiture.gov) for 30 consecutive days, beginning January 14, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 23rd day of February 2023.

                                          JILL E. STEINBERG
                                        UNITED STATES ATTORNEY

By:     */s/ J. Bishop Ravenel*
           J. Bishop Ravenel
           Assistant United States Attorney
           Virginia Bar No. 70250
           Post Office Box 8970
           Savannah, Georgia 31412
           Telephone: (912) 652-4422
           Email: bishop.ravenel@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 4:23-CV-0009 |
| ) | |
| $115,800.00 IN U.S. CURRENCY ) | |
| FUNDS SEIZED FROM SOUTH ) | |
| GEORGIA BANK ACCOUNT ) | |
| ENDING IN 0378, ET AL. ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DECLARATION OF PUBLICATION

This is to certify that I have served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

This 23rd day of February 2023.

                                        JILL E. STEINBERG
                                        UNITED STATES ATTORNEY

By:    */s/ J. Bishop Ravenel*
            J. Bishop Ravenel
            Assistant United States Attorney
            Virginia Bar No. 70250
            Post Office Box 8970
            Savannah, Georgia 31412
            Telephone: (912) 652-4422
            Email: bishop.ravenel@usdoj.gov

Exhibit A

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# COURT CASE NUMBER: 4:23-CV-9; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$21,263.24 in funds from Bank Account Number xxxxxx2757 held in the name of House of Prayer Christian Churches of America, Inc. at First Citizens Bank and Trust, Raleigh, North Carolina Acct# 9063052757 (22-FBI-005637) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at First Citizens Bank and Trust, located in Savannah, GA

$6,715.85 in funds from Bank Account Number xxxxxx2888 held in the name of House of Prayer Christian Churches of America, Inc. Killeen Seminary at First Citizens Bank and Trust, Raleigh, North Carolina Acct# 9063052888 (22-FBI-005638) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at First Citizens Bank and Trust, located in Savannah, GA

$3,168.33 in funds from Bank Account Number xxxxxx2837 held in the name of House of Prayer Christian Churches of America, Inc. Tacoma Seminary at First Citizens Bank and Trust, Raleigh, North Carolina Acct# 9063052837 (22-FBI-005639) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at First Citizens Bank and Trust, located in Savannah, GA

$578.84 in funds from Bank Account Number xxxxxx2896 held in the name of House of Prayer Christian Churches of America, Inc. Fayetteville Seminary at First Citizens Bank of Trust, Raleigh, North Carolina Acct# 9063052896 (22-FBI-005787) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at First Citizens Bank and Trust, located in Savannah, GA

$2,665.53 in funds from Bank Account Number XX0360 held in the name of House of Prayer Christian Churches of America, Inc. Escrow Account, at South Georgia Bank, Hinesville, Georgia Acct# 200360 (22-FBI-006350) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at Escrow Account, South Georgia Bank, located in Hinesville, GA

$115,800.00 in funds from Bank Account Number XX0378 held in the name of House of Prayer Christian Churches of America, Inc. Phebe Ruth Denis Foundation, at South Georgia Bank, Hinesville, Georgia Acct# 200378 (22-FBI-006352) which was seized from House of Prayer Christian Churches of America, Inc. on July 22, 2022 at Phebe Ruth Denis Foundation, South Georgia Bank, located in Hinesville, GA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 14, 2023) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, physically located at 125 Bull St.,Rm 304,Savannah,GA 31401, mailing address is P.O. Box 8286, Savannah, GA  31412-8286, and copies of each served upon Assistant United States Attorney J. Bishop Ravenel, P.O. Box 8970, Savannah, GA  31412-8970, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney J. Bishop Ravenel, P.O. Box 8970, Savannah, GA  31412-8970.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 14, 2023 and February 12, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $115,800.00 In U.S. Currency Funds Seized From South Georgia Bank Account Ending In 0378, Et Al.

**Court Case No:** 4:23-CV-9
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/14/2023 | 23.9 | Verified |
| 2 | 01/15/2023 | 23.9 | Verified |
| 3 | 01/16/2023 | 23.9 | Verified |
| 4 | 01/17/2023 | 23.9 | Verified |
| 5 | 01/18/2023 | 23.9 | Verified |
| 6 | 01/19/2023 | 23.9 | Verified |
| 7 | 01/20/2023 | 23.8 | Verified |
| 8 | 01/21/2023 | 23.9 | Verified |
| 9 | 01/22/2023 | 23.9 | Verified |
| 10 | 01/23/2023 | 24.0 | Verified |
| 11 | 01/24/2023 | 23.9 | Verified |
| 12 | 01/25/2023 | 23.9 | Verified |
| 13 | 01/26/2023 | 24.0 | Verified |
| 14 | 01/27/2023 | 23.9 | Verified |
| 15 | 01/28/2023 | 23.9 | Verified |
| 16 | 01/29/2023 | 23.9 | Verified |
| 17 | 01/30/2023 | 23.9 | Verified |
| 18 | 01/31/2023 | 23.9 | Verified |
| 19 | 02/01/2023 | 23.9 | Verified |
| 20 | 02/02/2023 | 23.8 | Verified |
| 21 | 02/03/2023 | 23.9 | Verified |
| 22 | 02/04/2023 | 24.0 | Verified |
| 23 | 02/05/2023 | 23.9 | Verified |
| 24 | 02/06/2023 | 23.8 | Verified |
| 25 | 02/07/2023 | 23.9 | Verified |
| 26 | 02/08/2023 | 23.9 | Verified |
| 27 | 02/09/2023 | 23.9 | Verified |
| 28 | 02/10/2023 | 23.9 | Verified |
| 29 | 02/11/2023 | 23.8 | Verified |
| 30 | 02/12/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.