UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>   Plaintiff,   )<br>  )<br>   v.   )<br>  )<br>$115,800.00 IN U.S. CURRENCY   )<br>FUNDS SEIZED FROM SOUTH   )<br>GEORGIA BANK ACCOUNT   )<br>ENDING IN 0378, ET AL.,   )<br>  )<br>   Defendants.   ) | Civil Case No. 4:23-CV-00009 |

## SECOND NOTICE OF FORFEITURE

TO:

| Jeffrey Derby | Jeffrey Derby | Jeffrey Derby |
|---|---|---|
| 402 Willow Oak Lane | 812 Forest Street | Post Office Box 282 |
| Hinesville, GA. 31313 | Hinesville, GA. 31313 | Walthourville, GA. 31313 |

| Marjorie Robertson Denis | Phebe Ruth Denis | Rony Denis |
|---|---|---|
| 3816 Honors Way | 3816 Honors Way | 3816 Honors Way |
| Martinez, GA. 30907 | Martinez, GA. 30907 | Martinez, GA. 30907 |

The enclosed Complaint is sent pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").

1. **DATE OF NOTICE:** March 3, 2023

2. **FORFEITURE COMPLAINT:** On January 6, 2023, the United States of America filed a civil complaint (the "Complaint") seeking forfeiture, pursuant to 18 U.S.C. § 981 (a)(1)(A) and (a)(1)(C), of the following defendant property:

    a. $115,800.00 in U.S. Currency Funds from South Georgia Bank Account ending in 0378 (**"Account 1"**);

    b. $21,263.24 in U.S. Currency Funds from First Citizens Bank and Trust Account ending in 2757 (**"Account 2"**);

    c. $6,715.85 in U.S. Currency Funds from First Citizens Bank and Trust Account ending in 2888 (**"Account 3"**);

    d. $3,168.33 in U.S. Currency Funds from First Citizens Bank and Trust Account ending in 2837 (**"Account 4"**);

    e. $578.84 in U.S. Currency Funds from First Citizens Bank and Trust Account ending in 2896 (**"Account 5"**); and

    f. $2,665.53 in U.S. Currency Funds from South Georgia Bank Account ending in 0360 (**"Account 6"**).

3. **FILING OF A VERIFIED CLAIM:** Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **thirty-five (35)** days of the date of this notice, but **no later than April 7, 2023.**

4. **CONTENTS OF VERIFIED CLAIM:** Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.

5. **FILING OF AN ANSWER:** If you file a verified claim, you **must** then file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-one (21)** days after filing the verified claim.

6. **FILING WITH THE COURT / SERVICE ON THE UNITED STATES:** The verified claim and answer must be filed with the Office of the Clerk, United States District Court for the Southern District of Georgia to the attention of Case No. 4:23-CV-00009. The Office of the Clerk is physically located at the United States Courthouse, 8 Southern Oaks Court, Savannah, Georgia 31405 with a mailing address of P.O. Box 8286, Savannah, Georgia 31412-8286. A copy of the claim and any answer or motion must be sent to Assistant United States Attorney J. Bishop Ravenel, United States Attorney's Office, Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412-8970.

**Failure to follow the requirements set forth above may result in judgment by default for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

This 3rd day of March 2023.

                JILL E. STEINBERG
                UNITED STATES ATTORNEY

***/s/ J. Bishop Ravenel***
J. Bishop Ravenel
Assistant United States Attorney
Virginia Bar No. 70250
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: bishop.ravenel@usdoj.gov

Enclosures:
    Complaint
    Warrant for Arrest of Personal Property in Rem
    Copy of Rule 12 of Federal Rules of Civil Procedure and Supplemental Rule G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 4:23-CV-00009 |
| ) | |
| $115,800.00 IN U.S. CURRENCY ) | |
| FUNDS SEIZED FROM SOUTH ) | |
| GEORGIA BANK ACCOUNT ) | |
| ENDING IN 0378, ET AL., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF SECOND NOTICE OF FORFEITURE**

This is to certify that I have on this day served the following individuals via

Certified Mail, Return Receipt Requested, at the following addresses:

Jeffrey Derby
402 Willow Oak Lane
Hinesville, GA. 31313

Jeffrey Derby
812 Forest Street
Hinesville, GA. 31313

Jeffrey Derby
Post Office Box 282
Walthourville, GA. 31313

Marjorie Robertson Denis
3816 Honors Way
Martinez, GA. 30907

Phebe Ruth Denis
3816 Honors Way
Martinez, GA. 30907

Rony Denis
3816 Honors Way
Martinez, GA. 30907

This 3rd day of March 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ J. Bishop Ravenel*

J. Bishop Ravenel
Assistant United States Attorney
Virginia Bar No. 70250
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: bishop.ravenel@usdoj.gov