UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 4:23-CV-00009 |
| $115,800.00 IN U.S. CURRENCY FUNDS SEIZED FROM SOUTH GEORGIA BANK ACCOUNT ENDING IN 0378, ET AL., | ) |
| Defendants. | ) |

### Declaration of Service

The United States of America declares under penalty of perjury that direct notice of the above-captioned civil forfeiture action (the "Action") and a copy of the Verified Complaint for Forfeiture *In Rem* (the "Complaint") was sent via United States ("U.S.") certified mail to all known potential claimants to the Defendant Property, as required by Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action.

The known potential claimants to the Defendant Property include the following:

- Brian Thomas Rafferty, Esq.;
- Jeffrey Derby;
- Donald Franklin Samuel, Esq.;
- Christopher Ryan Barnes;
- Rony Denis;

1

- Marjorie Robertson Denis;

- South Georgia Bank, Attn: Jay W. Hales;

- Gerard Robertson;

- Anthony S. Oloans;

- James B. Benton;

- Steven Sadow, Esq.;

- United States Department of Veteran Affairs, Debt Management Center 189, Attn: Julie Lawrence

- Dennis Nostrant;

- Marcus Labat;

- First Citizens Bank and Trust, Attn: Sharon Crabbe;

- House of Prayer Christian Churches of America, Inc.; and

- Phebe Ruth Denis,

(collectively, hereinafter, "all known potential claimants").

On or about January 24, 2023, direct notice of the Action, including a copy of the Complaint, was sent via U.S. certified mail with tracking number to all known potential claimants, as evidenced by Exhibit A.

On or about March 3, 2023, a second and final attempt of direct notice of the Action, including a copy of the Complaint, was sent via U.S. certified mail with tracking number to certain claimants, as evidenced by Exhibit A.

Dated: May 22, 2023.

        Respectfully Submitted,

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        */s/ J. Bishop Ravenel*
        J. Bishop Ravenel
        Assistant United States Attorney
        Virginia Bar No. 70250
        Post Office Box 8970
        Savannah, Georgia 31412
        Telephone: (912) 652-4422
        Email: bishop.ravenel@usdoj.gov