# EXHIBIT A

| Agency Case No: | 329A-AT-99448 | | | | Court Case No: 4:23-CV-9 | |
|---|---|---|---|---|---|---|
| **Recipient Number** | **NOF & Complaint** | **Potential Claimant First and Last Name** | **USPS Tracking Number** | **Receipt Date** | **Additional Notes** | **Reference Page Number** |
| 1 | 1st Notice Filed on 1/24/2023 | Brian Thomas Rafferty, Esq. | 7021 1970 0001 2790 6369 | 1/27/2023 | Delivered, Left with Individual | 3a |
| 2 | 1st Notice Filed on 1/24/2023 | Jeffrey Derby | 7021 1970 0001 2790 6437 | | Delivered to Original Sender | |
| 2 | 2nd Notice Filed on 3/3/2023 | Jeffrey Derby | 7021 1970 0001 2790 7021 | | Delivery Attempt: Action Needed | |
| 2 | 2nd Notice Filed on 3/3/2023 | Jeffrey Derby | 7021 1970 0001 2790 7038 | | Delivery Attempt: Action Needed | |
| 2 | 2nd Notice Filed on 3/3/2023 | Jeffrey Derby | 7021 1970 0001 2790 7045 | | Delivered to Original Sender | |
| 2 | 2nd Notice Filed on 3/3/2023 | Jeffrey Derby | 7021 1970 0001 2790 7083 | | Delivered to Original Sender | |
| 2 | 1st Notice Filed on 1/24/2023 | Jeffrey Derby | 7021 1970 0001 2790 6444 | 2/8/2023 | Delivered, PO Box | 3b |
| 2 | 2nd Notice Filed on 3/3/2023 | Jeffrey Derby | 7021 1970 0001 2790 7090 | 3/28/2023 | Delivered, Individual Picked Up at Post Office | 3c |
| 3 | 1st Notice Filed on 1/24/2023 | Donald Franklin Samuel Esq. | 7021 1970 0001 2790 6512 | 1/27/2023 | Delivered, Front Desk/Reception/Mail Room | 4a |
| 4 | 1st Notice Filed on 1/24/2023 | Christopher Ryan Barnes | 7021 1970 0001 2790 6543 | 2/1/2023 | Delivered, Individual Picked Up at Post Office | 5 |
| 5 | 1st Notice Filed on 1/24/2023 | Rony Denis | 7021 1970 0001 2790 6529 | | Moving Through Network | |
| 5 | 2nd Notice Filed on 3/3/2023 | Rony Denis | 7021 1970 0001 2790 7076 | | Forwarded to a Different Address | |
| 5 | 1st Notice Filed on 1/24/2023 | Rony Denis | 7021 1970 0001 2790 6536 | 1/27/2023 | Delivered, Left with Individual | 6 |
| 6 | 1st Notice Filed on 1/24/2023 | Marjorie Robertson Denis | 7021 1970 0001 2790 6482 | | In Transit to Next Facility | |
| 6 | 2nd Notice Filed on 3/3/2023 | Marjorie Robertson Denis | 7021 1970 0001 2790 7052 | | Forwarded to a Different Address | |
| 6 | 1st Notice Filed on 1/24/2023 | Marjorie Robertson Denis | 7021 1970 0001 2790 6499 | 1/26/2023 | Delivered, Left with Individual | 7 |
| 7 | 1st Notice Filed on 1/24/2023 | South Georgia Bank, Attn: Jay W. Hales | 7021 1970 0001 2790 6475 | 1/26/2023 | Delivered, Left with Individual | 8 |
| 8 | 1st Notice Filed on 1/24/2023 | Gerard Robertson | 7021 1970 0001 2790 6468 | 1/27/2023 | Delivered, Left with Individual | 9 |
| 9 | 1st Notice Filed on 1/24/2023 | Anthony S. Oloans | 7021 1970 0001 2790 6451 | 1/26/2023 | Delivered, Left with Individual | 10 |
| 10 | 1st Notice Filed on 1/24/2023 | James B. Benton | 7021 1970 0001 2790 6420 | 1/27/2023 | Delivered, Left with Individual | 11 |
| 11 | 1st Notice Filed on 1/24/2023 | Steven Sadow, Esq. | 7021 1970 0001 2790 6413 | 1/27/2023 | Delivered to Agent | 12 |
| 12 | 1st Notice Filed on 1/24/2023 | U.S. Department of Veterans Affairs Debt Management Center 189, Attn: Julie Lawrence | 7021 1970 0001 2790 6406 | 1/27/2023 | Delivered, Left with Individual | 13 |
| 13 | 1st Notice Filed on 1/24/2023 | Dennis Nostrant | 7021 1970 0001 2790 6383 | 2/2/2023 | Delivered, Individual Picked Up at Post Office | 14 |
| 13 | 1st Notice Filed on 1/24/2023 | Dennis Nostrant | 7021 1970 0001 2790 6390 | 1/27/2023 | Delivered, Left with Individual | 15 |
| 14 | 1st Notice Filed on 1/24/2023 | Marcus Labat | 7021 1970 0001 2790 6376 | 1/27/2023 | Delivered, Left with Individual | 16 |
| 15 | 1st Notice Filed on 1/24/2023 | First Citizens Bank and Trust, Attn: Sharon Crabbe | 7021 1970 0001 2790 6345 | 1/27/2023 | Delivered, Individual Picked Up at Post Office | 17 |
| 16 | 1st Notice Filed on 1/24/2023 | House of Prayer Christian Churches of America, Inc. | 7021 1970 0001 2790 6352 | 1/26/2023 | Delivered, Left with Individual | 18 |
| 17 | 1st Notice Filed on 1/24/2023 | Phebe Ruth Denis | 7021 1970 0001 2790 6505 | | Mail is Moving Through Network. Her attorney, Donald Franklin Samuel. Esq. received notice. | |
| 17 | 2nd Notice Filed on 3/3/2023 | Phebe Ruth Denis | 7021 1970 0001 2790 7069 | | Mail is Moving Through Network. Her attorney, Donald Franklin Samuel. Esq. received notice. | |

Page number: 3a Delivered to Brian Thomas Rafferty, Esq.



Page number: 3b Delivered to Jeffrey Derby



Page number: 3c Delivered to Jeffrey Derby



Page number: 4a Delivered to Donald Franklin Samuel Esq.
Attorney to Phebe Ruth Denis







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rony Denis
   428 Willow Oak Lane
   Hinesville, GA. 31313

9590 9402 7135 1251 4315 46

2. Article Number *(Transfer from service label)*

   7021 1970 0001 2790 6536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   1-27-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Page 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marjorie Robertson Denis
428 Willow Oak Lane
Hinesville, GA. 31313

9590 9402 7135 1251 4315 84

2. Article Number (Transfer from service label)

7021 1970 0001 2790 6499

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt







**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James B. Benton
412 Willow Oak Lane
Hinesville, GA. 31313

9590 9402 7135 1251 4316 52

2. Article Number *(Transfer from service label)*

7021 1970 0001 2790 6420

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   LuCe                            1-26-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Sadow
Attorney at Law
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303

9590 9402 7135 1251 4316 69

2. Article Number *(Transfer from service label)*

7021 1970 0001 2790 6413

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

27 Jun 23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Veterans Affairs
Debt Management Center 189
Attn: Julie Lawrence
P.O. Box 11930
St. Paul, MN. 55111

9590 9402 7135 1251 4316 76

2. Article Number *(Transfer from service label)*

7021 1970 0001 2790 6406

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
JAN 3 0 2023
Debt Management Center
St. Paul MN

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt





**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Marcus Labat
   812 Forest Street
   Hinesville, GA. 31313

9590 9402 7135 1251 4317 06

2. Article Number *(Transfer from service label)*

7021 1970 0001 2790 6376

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

1-27-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**First Citizens Bank and Trust**
**Attn: Sharon Crabbe**
**P.O. Box 27131**
**Raleigh, NC 27611**

9590 9402 7135 1251 4317 37

2. Article Number (Transfer from service label)

7021 1970 0001 2790 6345

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   Shanita Allen                   1-30-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

House of Prayer Christian Churches
of America, Inc.
2540 Airport Road
Hinesville, GA. 31313

9590 9402 7135 1251 4317 20

2. Article Number (Transfer from service label)

7021 1970 0001 2790 6352

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X JAEL A. NOSTRANT        ☒ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAEL NOSTRANT                    1-26-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery     Delivery
☐ Collect on Delivery                 ☒ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                          Restricted Delivery
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**U.S. Postal Service™**   Asset Forfeiture
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only   4:23cv9/HOP

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

House of Prayer Christian Churches of America Inc.
2540 Airport Road
Hinesville, GA. 31313

7021 1970 0001 2790 6352

USPS ELFAIR SQUARE STATION
Postmark Here
JAN 2023
SAVANNAH, GA 31412-9998

**U.S. Postal Service™**
Asset Forfeiture
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only    4:23 cv 9 / HC P

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery  $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here

7021 1970 0001 2790 6345

**First Citizens Bank and Trust**
**Attn: Sharon Crabbe**
**P.O. Box 27131**
**Raleigh, NC 27611**

See Reverse for Instructions



**Brian Thomas Rafferty**
**Attorney at Law**
**1170 Peachtree Street, Suite 2400**
**Atlanta, GA. 30309**







**Asset Forfeiture**

4:23cv9 / HOP

Dennis Nostrant
2540 Airport Road
Hinesville, GA. 31313



U.S. Postal Service™
Asset Forfeiture
CERTIFIED MAIL RECEIPT
Domestic Mail Only    4:23 cvA /HGP

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees

Postmark
Here

USPS TELFAIR SQUARE STATION    2023
SAVANNAH, GA 31415-9998

Steven Sadow
Attorney at Law
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303

verse for Instructions

7018 2790 0001 1970 7021

U.S. Postal Service™   *Asset Forfeiture*
CERTIFIED MAIL® RECEIPT   *4:23cv9/Mag*
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

7021 1970 0001 2790 6420

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

USPS TELFAIR SQUARE STATION
JAN 24 2023
SAVANNAH, GA 31412-9998

**James B. Benton**
**412 Willow Oak Lane**
**Hinesville, GA. 31313**

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Jeffrey Derby
402 Willow Oak Lane
Hinesville, GA. 31313

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 1970 0001 2790 6437



Jeffrey Derby
812 Forest Street
Hinesville, GA. 31313

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Asset Forfeiture
4:23 cv9/Hop

For delivery information, visit our website at *www.usps.com®.*

## OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

USPS TELFAIR SQUARE STATION
SAVANNAH, GA 31412-9998

**Anthony S. Oloans**
**401 Club Drive**
**Hinesville, GA. 31313**

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 1970 0001 2790 6451



**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Asset Forfeiture
4:23 cv 9 / HOP

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Postmark
Here

USPS TELFAIR SQUARE STATION
SAVANNAH, GA 31412-9998

**South Georgia Bank**
**401 S. Veterans Blvd.**
**Attn: Jay W. Hales**
**Glennville, GA. 30427**

7021 1970 0001 2790 6475

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



**U.S. Postal Service™**
*Asset Forfeiture*
**CERTIFIED MAIL RECEIPT**
4:23cv9/HOP

Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

7021 1970 0001 2790 6499

**Marjorie Robertson Denis**
**428 Willow Oak Lane**
**Hinesville, GA. 31313**

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**U.S. Postal Service™**
Asset Forfeiture
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only    4:23cv9 /HOB

For delivery information, visit our website at *www.usps.com®.*

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Phebe Ruth Denis
3816 Honors Way
Martinez, GA. 30907

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 1970 0001 2790 6505

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

*Asset Forfeiture*
*4:23cv9/HCP*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☑ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

*TELFAIR SQUARE STATION*
*JAN 24*
*SAVANNAH, GA 31412-9998*

Postage

$

Total Postage and Fees

$

**Donald Franklin Samuel, Esq.**
**3151 Maple Drive, NE**
**Atlanta, GA. 30305**

7021 1970 0001 2790 6512

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**U.S. Postal Service™**
*Asset Forfeiture*
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only    4:23cv9/HOP

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery    $ _____

Postmark
Here

JAN 24 23

Postage
$

Total Postage and Fees
$

**Rony Denis**
**3816 Honors Way**
**Martinez, GA. 30907**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0001 2790 6529





Asset Forfeiture
4:23cv 9 / HCP

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

7021 1970 0001 2790 6543

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here
JAN 24 2023
USPS TELFAIR SQUARE STATION
SAVANNAH, GA 31401-9998

**Christopher Ryan Barnes**
**1407 E 31st Street**
**Tacoma, WA. 98404**

PS Form 3800, April 2015 PSN 7530-02-000-9047                See Reverse for Instructions

**U.S. Postal Service™**
*Asset For Grow*
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only  4:23cv9/3ʳᵈ NoF

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

7021 1970 0001 2790 7083

Jeffrey Derby
402 Willow Oak Lane
Hinesville, GA 31313

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Asset Forfeiture
4:23cv9/3rd NOF

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

**Jeffrey Derby**
**812 Forest Street**
**Hinesville, GA 31313**

7021 1970 0001 2790 7090

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions