AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-009

$115,800.00 IN U.S. CURRENCY FUNDS SEIZED FROM SOUTH GEORGIA BANK ACCOUNT ENDING IN 0378, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 5, 2023, the United States' Motion for Default Judgment and Decree of Forfeiture and Order for Delivery against $115,800.00 in U.S. Currency funds seized from South Georgia Bank Account ending in 0378, et al., (hereinafter the "Defendant Property") is granted. Therefore, it is ordered that:

    All rights, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

    Judgment is hereby entered in favor of the Plaintiff and this case stands closed.



| 09/05/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020